## BLANKENSHIP v. STATE.
### No. 23175.

Court of Criminal Appeals of Texas.
June 20, 1945.

Rehearing Denied Oct. 10, 1945.

Doss Hardin, of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted of the offense of burglary and his punishment affixed at two years in the penitentiary.

The record is before us without bills of exception or statement of facts. There is nothing presented for our consideration.

The judgment of the trial court is affirmed.